No. 82–1692.   ARGENTO ET AL. v. LENARD.   C. A. 7th Cir. Certiorari denied.

No. 82–1698.   NEVIN ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–1713.   FRAME ET AL. v. SOUTH BEND COMMUNITY SCHOOL CORP. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–1725.   MASSACHUSETTS v. GAGNON ET AL.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 82–1731.   HERZFELD ET AL. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO ET AL.;
No. 82–1732.   BROWN ET AL. v. PARKER ET AL.; and
No. 82–1815.   EKEN ET AL. v. INTERNATIONAL MINING EXCHANGE, INC., ET AL.   C. A. 10th Cir.   Certiorari denied. Reported below: 699 F. 2d 503.

No. 82–1754.   MARITIME INTERNATIONAL NOMINEES ESTABLISHMENT v. REPUBLIC OF GUINEA ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 82–1760.   HEALTH CARE PLAN OF NEW JERSEY, INC. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–1767.   HATTERAS, INC. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–1768.   COMMONWEALTH EDISON CO. v. GETTO.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 82–1769.   LAKEWOOD, OHIO, CONGREGATION OF JEHOVAH'S WITNESSES, INC. v. CITY OF LAKEWOOD, OHIO.   C. A. 6th Cir.   Certiorari denied.

No. 82–1781.   WEBSTER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–1785.   CITADEL CORP. v. PUERTO RICO HIGHWAY AUTHORITY ET AL.   C. A. 1st Cir.   Certiorari denied.